UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gabino Genao

Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

NYC Dept of Corrections, Mailroom
officers of N.I.C, Mailroom officers
of O.B.C.C, Warden Sharlisa Walker N.I.C,
Warden Freeman of OBCC

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes    ☐ No

2020 MAR 19  PM 3: 36
RECEIVED
SDNY PRO SE OFFICE

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I.   LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II.   PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Gabino _____ Genao _____
First Name                    Middle Initial        Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

113-17-00734          NYSID # 04570951m
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

North Infirmary Command
Current Place of Detention

1500 Hazen St.
Institutional Address

East Elmhurst          NY          11370
County, City                    State          Zip Code

## III.   PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:    WARDEN     WALKER

First Name                    Last Name                    Shield #

WARDEN   of  (N.I.C)

Current Job Title (or other identifying information)

1500 Hazen St.

Current Work Address

East Elmhurst              NY                    11370

County, City                        State                    Zip Code

Defendant 2:    WARDEN     Freeman

First Name                    Last Name                    Shield #

WARDEN  of  O.B.C.C.

Current Job Title (or other identifying information)

1600 Hazen St.

Current Work Address

East Elmhurst              NY                    11370

County, City                        State                    Zip Code

Defendant 3:    John / Jane  Doe

First Name                    Last Name                    Shield #

Mailroom officers  (N.I.C)

Current Job Title (or other identifying information)

1500 HAZEN St

Current Work Address

East Elmhurst              NY                    11370

County, City                        State                    Zip Code

Defendant 4:    John / Jane    Doe

First Name                    Last Name                    Shield #

1600  HAZEN St.

Current Job Title (or other identifying information)

~~XXXXXXXXXX~~  MailRoom Officers

Current Work Address

East Elmhurst              NY                    11370

County, City                        State                    Zip Code

## V.    STATEMENT OF CLAIM

Place(s) of occurrence:    Mailroom  N.I.C / O.B.C.C.

Date(s) of occurrence:    Approx- 12/27/18      Approx- 1/16/19 — 1/27/19

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

- On 12/27/18 approx 12:30pm - 3pm I gave (6) pieces of (Article 78) Legal Mail ((Certified Mail) to Mailroom Officer Rodriguez - In the presence of C.O. Knepple, C.O. Morgan and Capt. Smith. by the Law Library enclosed in manilla envelopes. They were appeals for an incident that occured 10/25/18. Upon the hearing being finalized I submitted the Appeal the Next Day 12/27/18. That mail Did not go at from N.I.C in a timely fashion. Causing a Delay in my submissions. That mail was apparently transferred to O.B.C.C. one full month later. Why? and most importantly How?

- The next appeal I submitted on January 18-22, 2019 to Ms. Sands (Mailroom C.O.) at my Cell 47 4SW 3-11 tour. (3) white envelopes along with (3) Inmate withdrawl fund slips already filled out + signed, ready to go out Certified Mail. The recipts I recieved back falsely states that the mailroom recieved my outgoing mail on 1/16/19 and were all forged signatures completely different firms than the ones I handed to C.O. Sands.

★ The Dept Staff are intentionally tampering with my legal mail aswell as interfering with my Right to communicate with the outside world. ★

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Federal U.S. Mail Fraud Title 18
Violation of My 4th, 8th and 14th Amendment.
Delays of Submission of my claims and appeals.
Which resulted in me unfairly remaining in ESH, PSEG
housing aswell as Booth Visitation.

**VI.   RELIEF**

State briefly what money damages or other relief you want the court to order.

$100,000.00 USD - One hundred Thousand Dollars.
Cash Compensation and Punitive Damages.
Actions against the Department and its Staff.

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 2/22/20 | G. Genao |
| Dated | Plaintiff's Signature |
| Gabino | Genao |
| First Name          Middle Initial | Last Name |

1500 HAZEN St.
Prison Address

| | | |
|---|---|---|
| EAST ELMHURST | NY | 11370 |
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: 2/22/20

ATTACHMENT - C



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

| OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES | Form.: 7102R<br>Eff.: 9/14/18<br>Ref.: Dir. 3376R-A |
|---|---|
| **DISPOSITION FORM** | |

| Grievance Reference #:<br>190867 | Date Filed:<br>February 14, 2019 | Facility:<br>OBCC-4 Southwest |
|---|---|---|
| Inmate Name:<br>Genao, Gabino | Book and Case#:<br>113-17-00734 | Category:<br>Correspond/Mail |

From OCGS Inmate Statement Form, print or type short description of grievance:

**"Today I received copies of Certified Mail I sent over a month ago. Problem is the ones dated 12/27/18 were not sent from the facility that I originally sent them from (N.I.C.) which allowed me to believe my mail was tampered with (Legal Mail) The mail were appeal's and complaints form the Dept. abuse of power and misconduct. Funds were withdrawn 2/1/19."**

Action Requested by Inmate:

**"Investigation to commence on why my mail was sent late."**

---

### STEP 1: FORMAL RESOLUTION

Check one box: ☑ Grievance    ☐ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below. Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process.

**OCGS conducted an investigation and informed Mr. Genao that according to RICC as well as the OBCC mail room staff; all of Mr. Genao's "Certified Mail" was processed accordingly and in a timely manner in spite of his movement. Although Mr. Genao moved from facility to facility; it has been proven that his "Certified Mail" was indeed processed and receipts were forwarded to Mr. Genao's current facility (at any given time) for his own records. However; OCGS did notice a lengthily period of processing time for Certified Mail submitted by Mr. Genoa on 12/27/2018 which was not processed by DOC until 1/28/19 and then by USPS on 2/1/19. OCGS concludes the matter of untimely in processing of "Certified Mail" to be substantiated."**

---

### CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE
*(Failure to sign forms will forgo your right to appeal the proposed resolution.)*

☐ Yes, I accept the resolution  ☐ No  ☐ I request to appeal the resolution of this grievance to the Commanding officer.

Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding Officer. You will receive the outcome of this review within (3) business days to inform you the appeal will proceed or you exhausted administrative remedies.

| Inmate's Signature: | Date: |
|---|---|

☐ Preliminary Review Requested

| Grievance Coordinator/Officer Signature: | Date:<br>February 21, 2019 |
|---|---|

2020 MAR 19  PM 3: 33

SDNY PRO SE OFFICE
RECEIVED

ATTACHMENT - C



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

**OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES**

## DISPOSITION FORM

Form.: 7102R
Eff.: 9/14/18
Ref.: Dir. 3376R-A

| Grievance Reference #:<br>190867 | Date Filed:<br>February 14, 2019 | Facility:<br>OBCC-4 Southwest |
|---|---|---|
| Inmate Name:<br>Genao, Gabino | Book and Case#:<br>113-17-00734 | Category:<br>Correspond/Mail |

From OCGS Inmate Statement Form, print or type short description of grievance:

**"Today I received copies of Certified Mail I sent over a month ago. Problem is the ones dated 12/27/18 were not sent from the facility that I originally sent them from (N.I.C.) which allowed me to believe my mail was tampered with (Legal Mail) The mail were appeal's and complaints form the Dept. abuse of power and misconduct. Funds were withdrawn 2/1/19."**

Action Requested by Inmate:

**"Investigation to commence on why my mail was sent late."**

### STEP 1: FORMAL RESOLUTION

Check one box: ☑ Grievance      ☐ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below. Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process.

**OCGS conducted an investigation and informed Mr. Genao that according to RICC as well as the OBCC mail room staff; all of Mr. Genao's "Certified Mail" was processed accordingly and in a timely manner in spite of his movement. Although Mr. Genao moved from facility to facility; it has been proven that his "Certified Mail" was indeed processed and receipts were forwarded to Mr. Genao's current facility (at any given time) for his own records. However; OCGS did notice a lengthly period of processing time for Certified Mail submitted by Mr. Genoa on 12/27/2018 which was not processed by DOC until 1/28/19 and then by USPS on 2/1/19. OCGS concludes the matter of untimely in processing of "Certified Mail" to be substantiated."**

### CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE
*(Failure to sign forms will forgo your right to appeal the proposed resolution.)*

☐ Yes, I accept the resolution   ☐ No   ☐ I request to appeal the resolution of this grievance to the Commanding officer.

*Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding Officer. You will receive the outcome of this review within (3) business days to inform you the appeal will proceed or you exhausted administrative remedies.*

| Inmate's Signature: | Date: |
|---|---|

☐ Preliminary Review Requested

| Grievance Coordinator/Officer Signature: | Date:<br>February 21, 2019 |
|---|---|



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: Gabino Genao. | Book & Case #: 113-17-00734 | NYSID #: |
|---|---|---|

| Facility: OBCC | Housing Area: 4SW | Date of Incident: 2/7/19 | Date Submitted: 2/12/19 |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:**

Today I recieved copies of Certified Mail I sent over a month ago. Problem is the ones Dated 12/27/18 were not sent from the facility that I originally sent them from (N.I.C) which allow me to believe my mail was tampered with (Legal Mail) the Mail were appeal's and complaints from the Dept. Abuse of Power and Miss Conduct. Funds were withdrawed 2/1/19

**Action Requested by Inmate:**

Investigation to commence on why my mail was sent late

**Please read below and check the correct box:**

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | ☐ | ☑ |
| Do you need the OCGS staff to write the grievance for you? | ☐ | ☑ |
| Have you filed this grievance with a court or other agency? | ☑ | ☐ |
| Did you require the assistance of an Interpreter? | ☐ | ☑ |

| Inmate's Signature: G. Genao | Date of Signature: 2/7/19 |
|---|---|

### FOR DOC OFFICE USE ONLY

**OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.**

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP NYC DEPT CORRECTION CONSTITUENT & GRIEVANCE SVC 2019 FEB 14 P 3: 2 | Grievance Reference # 190867 Office of Constituent and Grievances Services Coordinator/Officer Signature: MV | Category: Correspondence/Mail |
|---|---|---|

**INMATE REQUEST FOR WITHDRAWAL OF FUNDS FOR POSTAGE**

Gabino Grado
INMATE NAME

113.17.00734
BOOK&CASE NUMBER

GRVC
FACILITY

11/15/18
DATE

*DEC 12 2018 EAST ELMHURST STATION FLUSHING, NY 11369*

6.20
WITHDRAWAL AMOUNT
(filled out by USPS employee)

White
envelope

11/25/18

1 Stamp   6.20

**MAILED TO:**

Board of Corrections
NAME

51 Chambers St. Rm 923      NY         NY        10002
DDRESS                       CITY       STATE      ZIP CODE

INMATE SIGNATURE

MMENTS TO INMATE:

: Mailroom Officer f

DOC Processed
11/25/18
USPS Processed
12/12/18

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To  Board of Corrections
Street and Apt. No., or PO Box No. 51 Chambers ST Rm 923
City, State, ZIP+4® NY NY 10007

PS Form 3800, April 2015                See Reverse for Instructions

*DEC 12 2018 EAST ELMHURST STATION FLUSHING, NY 11369 Postmark Here*



INMATE REQUEST FOR WITHDRAWAL FUNDS FOR POSTAGE

GRVC
FACILITY

Gabino Genno
INMATE NAME

113-17-00734
BOOK&CASE NUMBER

DATE

6.20

WITHDRAWAL AMOUNT
(filled out by USPS)

MAILED TO:

NYC Board of Correction
NAME

1 centre street Rm 2213    NY    NY    10002
ADDRESS                    CITY   STATE   ZIP CODE

G. Genno
INMATE SIGNATURE

COMMENTS BY INMATE

Note: Mailroom Office

---

U.S. Postal Service
CERTIFIED MAIL RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To  NYC Board of Corrections
Street and Apt. No., or PO Box No.  1 Centre ST. Rm 2213
City, State, ZIP+4  NY NY 10002

PS Form 3800, April 2015    See Reverse for Instructions

## INMATE REQUEST FOR WITHDRAWAL OF FUNDS FOR POSTAGE

Gabino Genao
**INMATE NAME**

113-17-00734
**BOOK & CASE**

NYC
**FACILITY**

November 27, 2018
**DATE**

6.70
**WITHDRAWAL AMOUNT**

*[postmark: EAST ELMHURST STATION DEC 12 2018 NY 11369]*

Wrote receipt
12/2/18 -
6.70

**MAILED TO:**

Office of the NYC Comptroller
**NAME**

1 Centre St
**ADDRESS**

New York
**CITY**

NY
**STATE**

10007
**ZIP CODE**

**INMATE SIGNATURE**

**DEBITED BY (CASHIER)**

DOC PROCESSED
12/2/18

USPS PROCESSED
12/2/18

**U.S. Postal Service**
**CERTIFIED MAIL. RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

**OFFICIAL USE**

| Certified Mail Fee | $ |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $ |
| Total Postage and Fees | $ |

Sent To Office of the NYC Comptroller
Street and Apt No., or PO Box No. 1 Centre Street
City, State, ZIP+4 New York, NY 10007

7018 1130 0001 4701 4835

*[postmark: EAST ELMHURST STATION DEC NY 11369 Postmark Here]*

PS Form 3800, April 2015          See Reverse for Instructions

**NOTE:** Mailroom Officer forwards this request to RICC along with each parcel.

6 91

## INMATE REQUEST FOR WITHDRAWAL OF FUNDS FOR POSTAGE

Gabino Genao
**INMATE NAME**

1131700734
**BOOK & CASE**

N I C
**FACILITY**

Wet leo
eue leo

12/2/18
6·9/

November 27, 2018
**DATE**

6 .91
**WITHDRAWAL AMOUNT**

EAST FLUSHING STATION
DEC 12 2018
ELMHURST

**MAILED TO:**

Office of the NYC Comptroller
**NAME**

1 centre St
**ADDRESS**

New York
**CITY**

NY
**STATE**

10007
**ZIP CODE**

**INMATE SIGNATURE**

**DEBITED BY (CASHIER)**

7018 1130 0002 2529 4735

**U.S. Postal Service**
**CERTIFIED MAIL   RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

**OFFICIAL USE**

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postage

Total Postage and Fees

Sent To Office of the NYC Comptroller
Street and Apt. No., or PO Box No. 1 centre Street
City, State, ZIP+4 New York NY 10007

PS Form 3800, April 2015                See Reverse for Instructions

**NOTE:** Mailroom Officer forwards this request to RICC along with each parcel

## INMATE REQUEST FOR WITHDRAWAL OF FUNDS FOR POSTAGE

Genao Gabino
**INMATE NAME**

113 1700 734
**BOOK & CASE**

NYC
**FACILITY**

12/27/18
**DATE**

7.75
**WITHDRAWAL AMOUNT**

1/27/19

7.25

**MAILED TO:**

NYC Dept of corrections Legal Division Bulova Buildin
**NAME**

75-20 Astoria Blvd East Elmhurst NY 11370
**ADDRESS          CITY          STATE          ZIP CODE**

**INMATE SIGNATURE**

**DEBITED BY (CASHIER)**

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)       $
☐ Return Receipt (electronic)     $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

*Sent To* NYC Dept of Cor Legal Division
*Street and Apt No., or PO Box No.* 75-20 Astoria Blvd
*City, State, ZIP+4®* East Elmhurst NY 11370

PS Form 3800, April 2015

## INMATE REQUEST FOR WITHDRAWAL OF FUNDS FOR POSTAGE

Genao Galano

**INMATE NAME**

113 1700 734

**BOOK & CASE**

N.C. OBCC

**FACILITY**

+X 12/27/18

**DATE**

7-75

**WITHDRAWAL AMOUNT**

**MAILED TO:**

Rikers Island Judicial center

**NAME**

100 East 4th street   East Elmhurst   NY 11370
**ADDRESS**            **CITY**           **STATE**   **ZIP CODE**

**INMATE SIGNATURE**

**DEBITED BY (CASHIER)**

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postage

Total Postage and Fees

Sent To   Rikers Island Judicial center
Street and Apt. No., or PO Box No.   10 East 4th
City, State, ZIP+4®   East Elmhurst, NY 11370

PS Form 3800, April 2015

FEB -1 2019
ELMHURST, NY 11370

## INMATE REQUEST FOR WITHDRAWAL OF FUNDS FOR POSTAGE

Genao Gabino
_____
INMATE NAME

113 1700734
_____
BOOK & CASE

NYC
_____
FACILITY

xxx  12/27/18
_____
DATE

7.75
_____
WITHDRAWAL AMOUNT

MAILED TO:

Bronx Supreme court writ expeditor
_____
NAME

265 East 161st  Bronx  NY 10451
_____         _____  _____  _____
ADDRESS                    CITY      STATE     ZIP CODE

_____
INMATE SIGNATURE

_____
DEBITED BY (CASHIER)

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To
Bronx Supreme Court / Writ Exp
Street and Apt. No., or PO Box No.
265 East 161 st
City, State, ZIP+4
Bronx NY 10451

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

9 _75_ OB el

## INMATE REQUEST FOR WITHDRAWAL OF FUNDS FOR POSTAGE

Genao Galano
**INMATE NAME**

113 1700 734
**BOOK & CASE**

1016 OBel
**FACILITY**

12/27/18
**DATE**

Large
refused
consoler
1/27/19
7.75

7.75
**WITHDRAWAL AMOUNT**

Do Processed
1/27/19

**MAILED TO:**

NYC Dept of Correction Legal Division Bulova Build
**NAME**

75-20 Astoria Blvd East Elmhurst NY 11370
**ADDRESS**          **CITY**          **STATE**          **ZIP CODE**

USPS Processed
2/1/19

**INMATE SIGNATURE**

**DEBITED BY (CASHIER)**

7018 1130 0002 2524 4784

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

**OFFICIAL USE**

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $_____
☐ Return Receipt (electronic)        $_____
☐ Certified Mail Restricted Delivery $_____
☐ Adult Signature Required           $_____
☐ Adult Signature Restricted Delivery $_____

Postmark
Here

FEB - 1 2019

Postage

Total Postage and Fees

Sent To NYC Dept. of Corr Legal Division
Street and Apt. No., or PO Box No. 75-20 Astoria Blvd.
City, State, ZIP+4® East Elmhurst NY 11370

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

**NOTE:** Mailroom Off...

## INMATE REQUEST FOR WITHDRAWAL OF FUNDS FOR POSTAGE

Genao Gelano
**INMATE NAME**

113 1700734
**BOOK & CASE**

NYC
**FACILITY**

XXXXX  12/27/18
**DATE**

Leesee
released
1/27/19
2.75

2.75
**WITHDRAWAL AMOUNT**

DC Processed
1/27/19

USPS Processed
2/1/19

**MAILED TO:**

Bronx Supreme Court Writ Expeditor
**NAME**

2165 East 161st Bx NY 10451
**ADDRESS**          **CITY**          **STATE**          **ZIP CODE**

**INMATE SIGNATURE**

**DEBITED BY (CASHIER)**

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com

OFFICIAL USE

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $
Postage

Total Postage and Fees

Sent To
Bronx Supreme Court /Writ Exp
Street and Apt. No., or PO Box No.
165 East 161 st
City, State, ZIP+4
Bronx NY 10451

7018 1130 0002 2529 4951

CORONA/ELMHURST STATION
FEB -1 2019
Postmark
Here
NY 11373-9997 USPS

PS Form 3800, April 2015                See Reverse for Instructions

**NOTE:** Mailroom Officer forwards this request to PTCC clerk with

## INMATE REQUEST FOR WITHDRAWAL OF FUNDS FOR POSTAGE

Genao Gabino
**INMATE NAME**

113 1700 734
**BOOK & CASE**

NIC    OBCC
**FACILITY**

X    12/27/18
**DATE**

7.75
**WITHDRAWAL AMOUNT**

1/27/19
7.25

DOC Processed
1/27/19

USPS Processed
2/1/19

**MAILED TO:**

Rikers Island Judicial center
**NAME**

160 East 44th Street East Elmhurst NY 11370
**ADDRESS         CITY         STATE         ZIP CODE**

**INMATE SIGNATURE**

**DEBITED BY (CASHIER)**

| U.S. Postal Service™ |
|---|
| **CERTIFIED MAIL® RECEIPT** |
| *Domestic Mail Only* |
| For delivery information, visit our website at www.usps.com® |

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To
Rikers Island Judicial Center
Street and Apt. No., or PO Box No.
160 East 44th St.
City, State, ZIP+4®
East Elmhurst NY 11370

7018 1130 0002 2529 4994

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

NOTE:

Grengo, Gabino
**INMATE NAME**

113-17-00734
**BOOK&CASE NUMBER**

GBVC
**FACILITY**

OBCC

1/6/19
**DATE**

White
envelope
1/27/19
6.85

4.85
**WITHDRAWAL AMOUNT**
(filled out by USPS employee)

**MAILED TO:**

Rikers Island Judicial Center
**NAME**

160 E. 4th St. E. Elmhurst    NY    11373
**ADDRESS**           **CITY**        **STATE**      **ZIP CODE**

**INMATE SIGNATURE**

Doc Processed 1/29/19

USPS Processed 2/1/19

**COMMENTS TO INMATE:**

U.S. Postal Service
CERTIFIED MAIL RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com

**OFFICIAL USE**

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postage

Total Postage and Fees

**Note: Mailroom Officer fo**

7018 0000 7072 7283

7018 0000 7072 7710

Sent To
Rikers Island Judicial Center
Street and Apt. No., or PO Box No.
160 East 4th St
City, State, ZIP+4
East Elmhurst NY 11370

PS Form 3800, April 2015          See Reverse for Instructions

**INMATE REQUEST FOR WITHDRAWAL OF FUNDS FOR POSTAGE**

Genao, Gabino
**INMATE NAME**

113-17-00734
**BOOK&CASE NUMBER**

13B
**GRVE FACILITY**

OBCC

White Rico
evic Cio

1/27/19
6.85

1/16/19
**DATE**

6.85
**WITHDRAWAL AMOUNT**
(filled out by USPS employee)

**MAILED TO:**

Bronx Supreme Court (Writ Expedite)
**NAME**

265 E. 161st St. Bx          NY          10451
**ADDRESS**          **CITY**          **STATE**          **ZIP CODE**

G. Gio
**INMATE SIGNATURE**

DOC Processed 1/27/19

USPS Processed 2/1/19

**COMMENTS TO INMATE:**

Note: Mailroom Officer forwa

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To
Bronx Supreme Court (Writ Expedit)
Street and Apt. No., or PO Box No.
265 East 161st
City, State, ZIP+4
Bronx, NY 10451

7017 1000 0001 1572 3661

PS Form 3800, April 2015          See Reverse for Instructions

## INMATE REQUEST FOR WITHDRAWAL OF FUNDS FOR POSTAGE

Gabino Genao
**INMATE NAME**

113-17-00734
**BOOK & CASE**

OBCC
**FACILITY**

January 28, 2019
**DATE**

7.15
**WITHDRAWAL AMOUNT**

**MAILED TO:**

Rikers Island Judicial Center
**NAME**

160 East 4th St.    East Elmhurst    NY    11370
**ADDRESS**          **CITY**          **STATE**   **ZIP CODE**

G. Genao
**INMATE SIGNATURE**

**DEBITED BY (CASHIER)**

U.S. Postal Service
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

**OFFICIAL USE**

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postage

Total Postage and Fees

Sent To
Rikers Island Judicial Center
160 East 4th Street
East Elmhurst NY 11370

7016 2710 0000 7072 7669

PS Form 3800, April 2015    See Reverse for Instructions

**NOTE:** Mailroom Officer forwards this request to RICC along with each parcel

## INMATE REQUEST FOR WITHDRAWAL OF FUNDS FOR POSTAGE

Gabino Genao
**INMATE NAME**

113-17-00734
**BOOK & CASE**

OBCC
**FACILITY**

January 28, 2019
**DATE**

7.15
**WITHDRAWAL AMOUNT**

**MAILED TO:**

NYC Dept. of Corr/Legal Division Bulowa Building
**NAME**

75-20 Astoria Blvd   East Elmhurst   NY   11370
**ADDRESS**   **CITY**   **STATE**   **ZIP CODE**

**INMATE SIGNATURE**

**DEBITED BY (CASHIER)**

Doc Processed 1/28/19

USPS Processed 2/3/19

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*Domestic Mail Only*
For delivery information, visit our website at www.usps.com®

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required   $
☐ Adult Signature Restricted Delivery   $

Postage
$

Total Postage and Fees
$

Sent To
NYC Dept of Corr / Legal Division
Street and Apt. No., or PO Box No.
75-20 Astoria Blvd
City, State, ZIP+4®
East Elmhurst NY 11370

PS Form 3800, April 2015    See Reverse for Instructions

7016 2710 0000 7072 7274

**NOTE:** Mailroom Officer forwards this request to RICC along with each parcel

## INMATE REQUEST FOR WITHDRAWAL OF FUNDS FOR POSTAGE

Gabino Genao
**INMATE NAME**

113-17-00734
**BOOK & CASE**

OBCC
**FACILITY**

January 28, 2019
**DATE**

7.15
**WITHDRAWAL AMOUNT**

**MAILED TO:**

Bronx Supreme Court Writ Expeditor
**NAME**

265 East 161st      Bronx      NY      10451
**ADDRESS**          **CITY**

G. Genao
**INMATE SIGNATURE**

**DEBITED BY (CASHIER)**

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com

**OFFICIAL USE**

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postage

Total Postage and Fees

Sent To
Bronx Supreme Court Writ Expeditor
Street and Apt No., or PO Box No.
265 East 161 St
City, State, ZIP+4
Bronx New York 10451

PS Form 3800, April 2015          See Reverse for Instructions

7018 1130 0001 4701 4734

**NOTE:** Mailroom Officer forwards this request to RICC along with each parcel

Gabino Genao
113-17-00734
1500 HAZEN St
East Elmhurst, NY 11370

RECEIVED
SDNY PRO SE OFFICE
2020 MAR 19  PH 3: 36

SDNY

United States District Court
Southern District of New York
500 Pearl St
New York, NY 10007



