```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
GABINO GENAO,                                                    :
                                                                 :
                          Plaintiff,                             :
                                                                 :     20-cv-2441 (LJL)
         -v-                                                     :
                                                                 :     ORDER
NYC DEPT. OF CORRECTIONS, ET AL.,                                :
                                                                 :
                          Defendants.                            :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/01/2020

LEWIS J. LIMAN, United States District Judge:

Gabino Genao is currently incarcerated on Rikers Island. He brings this *pro se* action alleging that correction officials employed by the New York City Department of Correction violated his constitutional rights. On May 12, 2020, this court issued a *Valentin* order directing the New York City Law Department to ascertain the identity of five defendants whom the Plaintiff seeks to sue and to provide the court with addresses where the defendants could be served. The court gave the Law Department 60 days to provide the information.

The Law Department did not respond to the order. On July 22, 2020, the court was advised that the Law Department may not have received it. Thus, the deadline for complying with the order was extended to August 31, 2020. As of today, however, the Law Department still has failed to respond to the order.

Because the Law Department has failed to comply with this court's order, the Department is directed to identify the defendants by September 30, 2020. If it does not identify the defendants by September 30, 2020. the Department must show cause by ECF filing on that date for its continued failure to comply and explain why it should not be subject to sanctions.

Dated: September 1, 2020
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge