```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
GABINO GENAO,                                                  :
                                                               :
                              Plaintiff,                       :
                                                               :      20-cv-2441 (LJL)
              -v-                                              :
                                                               :      ORDER
NYC DEPT. OF CORRECTIONS, et al.,                              :
                                                               :
                              Defendants.                      :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2020

LEWIS J. LIMAN, United States District Judge:

Gabino Genao is currently incarcerated at the Manhattan Detention Center in New York City. Dkt. No. 15. He brings this *pro se* action alleging that correction officials employed by the New York City Department of Correction violated his constitutional rights when he was incarcerated on Rikers Island. On May 12, 2020, this Court issued a *Valentin* order directing the New York City Law Department to ascertain the identity of five defendants whom Plaintiff seeks to sue and to provide the Court with addresses where Defendants could be served. Dkt. No. 10. The Court gave the Law Department 60 days to provide the information.

The Law Department did not respond to the order. On July 22, 2020, the Court was advised that the Law Department may not have received the order. Thus, the deadline for compliance with the order was extended to August 31, 2020.

The Law Department still did not respond. On September 1, 2020, the Court ordered the Law Department to comply with the order by September 30, 2020 or to show cause by ECF filing for its continued failure to comply and to explain why it should not be subject to sanctions. Dkt. No. 13.

The deadline has come and gone, and the Law Department still has not complied with the Court's order. As such, the Court sanctions the Law Department. For each day, beginning today, October 22, 2020 that the Law Department does not respond to the *Valentin* order, the Department will pay $200 to the Clerk of the Court.

SO ORDERED.

Dated: October 22, 2020                     _____
       New York, New York                             LEWIS J. LIMAN
                                                   United States District Judge