```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
GABINO GENAO,                                                     :
:
:
              Plaintiff,                      :
:    20-cv-2441 (LJL)
    -v-                                                         :
:    ORDER OF SERVICE
NYC DEPT. OF CORRECTIONS,                                         :
:
              Defendant.                      :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      On May 12, 2020, the Court issued a *Valentin* order, directing Defendants to identify individuals described in pro se Plaintiff's complaint. Dkt. No. 10. Defendant has responded to the Court's order and has identified the five unknown individuals. Dkt. No. 28. The Clerk of Court is directed to amend the case caption to reflect the names of new Defendants pursuant to Federal Rule of Civil Procedure 21. The Court further directs the Clerk of Court to notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that the following individuals waive service: Correction Officer Melissa Rodriguez, Shield No. #3951, Correction Officer Alonso Morgan, Shield No. #1051, Captain Oman Smith, Shield No. #1651, Correction Officer Kathleen Sands, Shield No. #8192, and Captain Sonya Freeman, Shield No. #1733.

      SO ORDERED.

Dated: December 7, 2020
       New York, New York                        _____
                                                      LEWIS J. LIMAN
                                                  United States District Judge