UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABINO GENAO,

        Plaintiff,   PLAINTIFFS
                MOTION TO
-AGAINST-          Compel disclosure

CITY of NEW YORK        20 CV 02441
WARDEN WALKER ET. AL

Pursuant to rule 1 of the Federal rules of civil procedure in an effort to seek a speedy, just and inexpensive resolution of this matter I am respectfully asking the court to compel disclosure from defendants as I (GABINO GENAO) plaintiff has attempted to seek answers to interrogatories in accordance with rule 33 of the Federal Rules of civil procedure as well as sought production of documents pursuant to rule 34 of the Federal rules of civil procedure.

Defendants C.O Knepple and Warden Sharlisa Walker waiver of service returned executed on 05/05/20 the court ordered that they answer by 07/06/20 - defendants has faile to answer by 07/06/20 however since

defendants C.O Knepple and Warden Sharlisa Walker have been served with complaint and aware of the facts I am asserting, in the interest of the legislative intent of rules 1, 33, and 34 of the Federal Rules of Civil Procedure I ask that the court grant my request to compel disclosure as to defendants C.O Knepple and Warden Sharlisa Walter to comply with my request for production of documents and answer to interrogatories

respectfully submitted
Gabino Genao
G Genao
pro se
Dec 8, 2020
125 White Street
NY NY 10013

State of NY
County of NY
Sworn to before me
this 8th day of December 2020

Gabino Genao
Danielle Stringer

DANIELLE STRINGER
Notary Public State of New York
No. 01ST6131234
Qualified in Queens County
Commission Expires August 1, 2021