New York Southern District
Pro Se Intake Unit
500 Pearl St.
New York, NY 10007

January 22,2021

RE: Proof of Service Request

Docket #: 20-CV-02441 & 20-CV-08731

I would like for proof of service on defendants as of January 22, 2021.

Respectfully Submitted,
Gabino Genao- 1131700732
125 White St.
New York, NY 10013