```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/25/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

GABINO GENAO,

                Plaintiff,

                20-cv-2441 (LJL)

    -v-

                ORDER

CITY OF NEW YORK,

                Defendant.

-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Parties are directed to appear for a telephonic initial conference on February 23, 2021 at 10:00 a.m.  Parties are directed to dial 888-251-2909 and use access code 2123101.  Parties are relieved from the need to prepare a case management plan but should be prepared to discuss whether discovery should be stayed pending a decision on a motion to dismiss or, alternatively, a schedule for discovery.

      The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

      SO ORDERED.

Dated: January 25, 2021
       New York, New York

                                            LEWIS J. LIMAN
                                          United States District Judge