New York Southern District

Pro Se Intake Unit

500 Pearl St.

New York, NY 10007

April 5, 2021

RE: Updated Address

Docket #: 20-CV-02441
20-CV-04872
20-CV-06507
20-CV-08721
20-CV-08722
20-CV-08731
20-CV-10563
20-CV-10573
21-CV-00301
21-CV-00303

Good Evening,

Please update my address for each docket listed above as I have been transferred from Manhattan Detention Center- 125 White St. New York, NY 10013 to North Infirmary Command- 15-00 Hazen St. East Elmhurst, NY 11370 effective April 6,2021. Thank you!

Respectfully Submitted,

Gabino Genao- 1131700734

15-00 Hazen St.

East Elmhurst, NY 11370